**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shayla N. Butler** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | 25-02227 | | |

☒ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|
| **2.1** **BLC Prime Lending Fund II, LLC** <br> Creditor's Name <br> c/o Law Ofc. of Nathan Lollis, LLC <br> 73 W. Monroe St., Suite 230 <br> Chicago, IL 60603 <br> Number, Street, City, State & Zip Code | **Describe the property that secures the claim:** <br> 20173 Ash Lane, Lynwood IL <br> 1750 183rd St., Homewood IL <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $9,296,765.12 | $490,000.00 | $9,225,231.42 |

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  **1033**

| Debtor 1 | Shayla N. Butler | | Case number (if known) | 25-02227 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### 2.2 City of Chicago

**Creditor's Name**

c/o Markoff Law LLC
29 N. Wacker Dr., Suite 1010
Chicago, IL 60606

*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $45,518.63   $490,000.00   $0.00

20173 Ash Lane, Lynwood IL
1750 183rd St., Homewood IL

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

### 2.3 Creekside Pointe Condominium Assn

**Creditor's Name**

8951 W. 151st St.
Orland Park, IL 60462

*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $0.00   $490,000.00   $0.00

20173 Ash Lane, Lynwood, Illinois

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

### 2.4 Kapitus Servicing

**Creditor's Name**

c/o Nhon H. Nguyen, Atty at Law
2201 Libbie Ave.
Richmond, VA 23230

*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $111,220.67   $490,000.00   $0.00

20173 Ash Lane, Lynwood IL
1750 183rd St., Homewood IL

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   0118

| Debtor 1 | Shayla N. Butler | | Case number (if known) | 25-02227 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

### 2.5 Roundpoint Mtg
**Creditor's Name**

446 Wrenplace Road
Fort Mill, SC 29715

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $115,959.00   Unknown   Unknown

20173 Ash Lane, Lynwood, IL 60411
Cook County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** Opened 04/16 Last Active 10/24

**Last 4 digits of account number** 3597

---

### 2.6 Servicemac Llc
**Creditor's Name**

Attn: Bankruptcy
3296 Summit Ridge Pkwy
Duluth, GA 30096

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $145,768.00   $275,000.00   $0.00

1750 183rd St, Homewood, IL 60430
Cook County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** Opened 10/18 Last Active 10/24

**Last 4 digits of account number** 1924

| Debtor 1 | Shayla N. Butler | | Case number (if known) | 25-02227 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.7 | **Wells Fargo Dealer Services**<br>Creditor's Name<br>**Attn: Bankruptcy**<br>**1100 Corporate Center Drive**<br>**Raleigh, NC 27607**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**2016 Lexus NX 200T**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,358.00 | $11,950.00 | $0.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | Opened 06/18  Last Active 09/24 | Last 4 digits of account number | 5656 |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $9,719,589.42 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $9,719,589.42 |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**Kapitus Servicing, Inc.**
**c/o Valentine Austriaco & Bueschel**
**105 W. Adams St., 35th Floor**
**Chicago, IL 60603**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___