UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 25-02227 |
| Shayla N. Butler | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO ANNUL STAY

This matter coming before the court on the motion of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-A ("Movant") for an order annulling the automatic stay,

IT IS ORDERED:

1. The motion is granted, as set forth herein. The stay is annulled so as not to restrain Movant from pursuing in rem non-bankruptcy remedies as to these properties in Park Forest, IL 60466: 117 Westwood Drive, 201 Westwood Drive, 306 Winnebago Street, 331 Gentry Street, 365 Waverly Street, 119 Berry Street, and 211 Grant Street; and 912 Princeton Avenue in Matteson, IL 60443.

2. The annulment is applied retroactively to April 23, 2025.

3. The stay in Rule 4001(a)(4) does not apply to this order.

Prepared by:

Robyn K. Kish (6286602)
Klein, Daday, Aretos & O'Donoghue, LLC
1051 Perimeter Dr. Suite 300
Schaumburg, IL 60173
Phone: 847-590-8700
Fax: 847-590-9825
Email: rkish@kdaolaw.com

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  July 15, 2025