UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Shayla N. Butler<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   25-02227<br><br>Chapter: 7<br>Honorable Jacqueline P Cox |

## ORDER AVOIDING LIEN

THIS CAUSE coming on to be heard on the Debtor's motion for avoidance of lien,;

IT IS HEREBY ORDERED that the Debtor's motion is granted, and the judgment lien of BLC Prime Lending Fund II, LLC, filed with the Cook County Recorder of Deeds as Document No. 2311615012, is avoided and removed in full, solely from the real estate commonly known as 20173 Ash Lane, Lynwood, Illinois. This Order does not affect the validity of the said judgment lien on any other real estate.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  September 23, 2025

**Prepared by:**

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265