**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **SHAYLA N. BUTLER,** | ) | **Bankruptcy No. 25-02227** |
| | ) | |
| **Debtor.** | ) | **Honorable Jacqueline P. Cox** |

**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on **Tuesday, March 31, 2026, at 1:00 p.m.**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **Trustee's Application to Retain and Employ Sharanya Gururajan and Gururajan Law LLC as Special Real Estate Counsel**, a copy of which is attached.

**Important:   Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** (1) go to this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by Zoom using a telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

Date:  March 24, 2026

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By: _____/s/ *David P. Leibowitz*_____

David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
1355 W. Wrightwood, Unit 2
Chicago, IL 60614
312.662.5750
dleibowitz@lakelaw.com

## CERTIFICATE OF SERVICE

I, Linda A. Green,

☒ an attorney, certify

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on March 24, 2026, at 5:00 p.m.

        /s/ *Linda A. Green*

## SERVICE LIST

***Parties served via electronic notice through CM/ECF:***

Adam Brief   Ustpregion11.es.ecf@usdoj.gov

Joel P Fonferko   bkpleadingsNORTHERN@il.cslegal.com

Jeffrey L. Gansberg   jeffrey.l.gansberg@usdoj.gov

Robyn K Kish   rkish@lavellelaw.com

David P Lloyd   courtdocs@davidlloydlaw.com

Nathan Lollis   nathan@lollis-law.com

Bryan E. Minier   bryan.minier@lathropgpm.com,
maria.vargas@lathropgpm.com;sujey.lara@lathropgpm.com

Sandy L Morris   smorris@vablawfirm.com,
mnoriega@vablawfirm.com;docket@vablawfirm.com,svalentine@vablawfirm.com

Susan Valentine   svalentine@vablawfirm.com,
mnoriega@vablawfirm.com;docket@vablawfirm.com

***Parties served via first class U.S. mail:***

Shayla N. Butler
20173 Ash Lane
Lynwood, IL 60411

Sharanya Gururajan
Gururajan Law LLC, d/b/a/ SG Law
175 Olde Half Day Road, Suite 100-12
Lincolnshire, IL 60069

**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | **)** | **Chapter 7** |
| | **)** | |
| **SHAYLA N. BUTLER,** | **)** | **Bankruptcy No. 25-02227** |
| | **)** | |
| **Debtor.** | **)** | **Honorable Jacqueline P. Cox** |

**APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY AND RETAIN**
**SHARANYA GURURAJAN AND GURURAJAN LAW LLC**
**AS SPECIAL REAL ESTATE COUNSEL**

David P. Leibowitz ("Trustee"), not individually but as the Chapter 7 Trustee of the estate of Shayla N. Butler ("Debtor"), pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rules of Bankruptcy Procedure 2014 and 2016, hereby moves for an order authorizing the Trustee to employ Sharanya Gururajan and Gururajan Law LLC as his special real estate counsel in connection with the proposed sale of real property commonly known as 1750 183rd Street, Homewood, IL 60430.[1]  In support of this Application, the Trustee relies upon the *Declaration of Sharanya Gururajan*, attached hereto as **Exhibit A** and incorporated herein by reference, and respectfully states the following:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2.      By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

3.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

**FACTUAL AND PROCEDURAL BACKGROUND**

4.     Debtor filed a voluntary chapter 7 petition on February 14, 2025 ("Petition Date").   David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 trustee in this case.

5.     On the Petition Date, Debtor owned the real property commonly known as 1750 183rd Street, Homewood, IL 60430 (the "Property").

6.     On May 13, 2025, this Court entered an Order authorizing the Trustee to employ Christopher Anthony and Keller Williams ONEChicago as real estate broker to assist the Trustee in the sale of the Property.

7.     Christopher Anthony has received an offer to purchase the Property, and if it is accepted, the Trustee will require special counsel to represent him in connection with any proposed sale.  Accordingly, the Trustee seeks by this motion to employ Sharanya Gururajan and Gururajan Law LLC, d/b/a SG Law (collectively, "Gururajan") as his special real estate counsel for the sale of the Property.

8.     Gururajan proposes to charge $625.00 for her services in connection therewith, plus any actual and necessary expenses incurred in rendering such services, as approved by the Trustee.  The Trustee believes that retaining Gururajan is the most efficient and cost effective means by which to obtain legal services necessary in connection with a sale of the Property, and he believes that retaining Gururajan is in the best interest of the Debtor's estate.

9.     Gururajan is willing to serve as the Trustee's special real estate counsel on the terms and conditions set forth herein and in the *Gururajan Declaration*.  As disclosed in that

Declaration, Gururajan will also be acting as title agent in connection with the sale, for which she will charge at customary rates.

## RELIEF REQUESTED

10.     The Trustee requests that the Court enter an order authorizing the Trustee to employ Gururajan pursuant to Section 327(a) of the Bankruptcy Code as his special real estate counsel for the sale of the Property and for authority to pay Gururajan, without further court order, her fee of $625.00 from the proceeds of sale at closing.

## BASIS FOR RELIEF REQUESTED

11.     Section 327 of the Bankruptcy Code provides in pertinent part:

(a) Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys . . . that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title

12.     To the best of the Trustee's knowledge, information, and belief, and other than as discussed herein or in the *Gururajan Declaration*: (a) Gururajan does not hold or represent any interest adverse to the interest of the Debtor's estate or any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor or for any other reason; and (b) Gururajan is a "disinterested person," as that term is used in Section 327(a) and defined in Section 101(14) of the Bankruptcy Code.

13.     Except as noted herein or in the *Gururajan Declaration*, Gururajan does not have any connection with the Debtor, her creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

14.     The Trustee believes that retention of Gururajan on the terms described above is in the best interest of this estate.

## NOTICE

15.     Notice of this motion was provided to: (a) the Debtor; (b) Debtor's counsel; (c) Gururajan; (d) the Office of the United States Trustee; and (e) all parties that have requested or receive notice through CM/ECF.  In light of the nature of the relief requested, the Trustee requests that this Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements.

**WHEREFORE**, the Trustee requests entry of an order (i) authorizing the Trustee to employ Sharanya Gururajan and Gururajan Law LLC as his special real estate counsel for the sale of the Property and for authority to pay Gururajan, without further court order, her fee of $625.00 from the proceeds of sale at closing; and (ii) granting such further relief as is just.

**DAVID P. LEIBOWITZ, not individually, but solely in his capacity as chapter 7 trustee of the Debtor's estate**

By:   /s/ David P. Leibowitz
David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
1355 W. Wrightwood, Unit 2
Chicago, IL 60614
(312) 662-5750
dleibowitz@lakelaw.com